The Honorable James L. Robart

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

| UNILOC 2017 LLC, | No. 2:18-cv-1731-JLR |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER FOR EXTENSION OF** |
| v. | **TIME FOR HTC AMERICA, INC.** |
| | **TO RESPOND TO COMPLAINT** |
| HTC AMERICA, INC., | |
| Defendant. | NOTE ON CALENDAR: |
| | February 7, 2019 |



16

## I. STIPULATION

17       Plaintiff Uniloc 2017 LLC and Defendant HTC America, Inc. ("HTC"), by and

18 through their undersigned counsel of record, hereby stipulate and agree as follows.

19       · 1.       HTC was served with the Summons and Complaint on January 25, 2019 and

20 its Answer is currently due on February 15, 2019. Based on the recent retention of defense

21 counsel and the need for more time to assess claims and defenses, HTC seeks an extension

22 of 30 days to answer or otherwise respond to the Complaint.  Plaintiff has agreed to HTC's

23 extension request.

24

25

26

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

2.      The parties agree that the time for Defendant to respond to the Complaint with such pleadings, motions, or objections as it deems appropriate should be extended to March 18, 2019.

3.      HTC requests that the Court enter the subjoined Order.

IT IS SO STIPULATED this 7th day of February, 2019.

**VAN KAMPEN & CROWE PLLC**

By: _s/Al Van Kampen_
Al Van Kampen, WSBA No. 13670
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
AVanKampen@VKClaw.com

**PRINCE LOBEL TYE LLP**

By: _s/Aaron S. Jacobs_
Aaron S. Jacobs *(pro hac vice)*
James J. Foster *(pro hac vice)*
Kevin Gannon *(pro hac vice)*
One International Place, Suite 3700
Boston, MA 02110
Telephone: (617) 456-8000
Ajacobs@princelobel.com
Jfoster@princelobel.com
kgannon@princelobel.com

*Attorneys for Plaintiff*

**YARMUTH LLP**

By: _s/ Molly A. Terwilliger_
Molly A. Terwilliger, WSBA No. 28449
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
Fax: (206) 516-3888
mterwilliger@yarmuth.com

**VINSON & ELKINS, LLP**

By: _s/ Mario A. Apreotesi_
Fred I. Williams *(pro hac vice pending)*
Mario A. Apreotesi *(pro hac vice pending)*
2801 Via Fortuna, Suite 100
Austin, TX 78746
Telephone: (512) 542.8400
Fax: (512) 542.8612
fwilliams@velaw.com
mapreotesi@velaw.com


Todd E. Landis *(pro hac vice pending)*
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 220.7700
Fax: (214) 220.7716
tlandis@velaw.com

*Attorneys for Defendant HTC America, Inc.*

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

## II. ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant HTC America, Inc. to answer or otherwise respond to Plaintiff's Complaint shall be extended to March 18, 2019.

DATED this 8th day of February, 2019.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME FOR HTC AMERICA, INC. TO
RESPOND TO COMPLAINT
NO. 2:18-cv-1731 JLR – Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Al Van Kampen
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
AVanKampen@VKClaw.com

Aaron S. Jacobs
James J. Foster
Kevin Gannon
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: (617) 456-8000
Ajacobs@princelobel.com
Jfoster@princelobel.com
kgannon@princelobel.com

*Attorneys for Plaintiff*

DATED: February 7, 2019 at Seattle, Washington.

s/Sue Stephens
Sue Stephens, Legal Assistant

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME FOR HTC AMERICA, INC. TO
RESPOND TO COMPLAINT
NO. 2:18-cv-1731 JLR – Page 4
1043.02 tb061306 2/7/19

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888