The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC<br><br>               Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC.<br><br>               Defendant. | Case No. 2:18-cv-01731-JLR<br><br>**JOINT STIPULATION TO STAY**<br><br>NOTE FOR MOTION CALENDAR:<br>**JUNE 13, 2019** |

Pursuant to Local Civil Rule 7(d)(1), and subject to the Court's approval, Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendant HTC America, Inc. ("HTCA") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff Uniloc filed a Complaint against Defendant HTCA alleging infringement of U.S. Patent No. 7,167,487 ("the '487 Patent");

WHEREAS, third parties, Apple Inc., LG Electronics Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. and Microsoft Corporation, filed petitions for *inter partes review* ("IPR"), IPR2019-00222, 2019-00252, 2019-00744, and 2019-00745, challenging the asserted claims of the '487 Patent;

WHEREAS, the Patent Trial and Appeal Board has instituted IPR proceedings on all challenged claims of the '487 Patent;

WHEREAS, the instituted IPR proceedings cover all of the claims asserted against HTCA; and

~~WHEREAS, to conserve judicial resources, the Parties have agreed to stay this case pending~~ final resolution of all IPR proceedings related to the '487 Patent;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, pursuant to Local Civil Rule 10(g), subject to the approval of the Court, that this case is stayed pending resolution through final written decision and any appeal thereof of Patent Trial and Appeal Board matters involving the '487 patent. Within seven days from the issuance of a final written decision, the Parties shall file a joint notice advising the Court of the decision. Each party further reserves the right to request that the stay be lifted or modified due to changed circumstances.

Dated: June 13, 2019                              Respectfully submitted,

**VAN KAMPEN & CROWE PLLC**                       **YARMUTH LLP**

By: /s/Al Van Kampen                              By: /s/ Molly A. Terwilliger
Al Van Kampen, WSBA No. 13670                     Molly A. Terwilliger, WSBA No. 28449
David E. Crowe, WSBA No. 43529                    1420 Fifth Avenue, Suite 1400
1001 Fourth Avenue, Suite 4050                    Seattle, WA 98101
Seattle, WA 98154                                 Telephone: (206) 516-3800
Telephone: (206) 386-7353                         Fax: (206) 516-3888
Fax: (206) 405-2825
AVanKampen@VKClaw.com                             mterwilliger@yarmuth.com
DCrowe@VKClaw.com


**PRINCE LOBEL TYE LLP**                          **VINSON & ELKINS LLP**

By: /s/ Aaron S. Jacobs                           By: /s/ Fred I. Williams
Aaron S. Jacobs (pro hac vice)                    Fred I. Williams (pro hac vice)
James J. Foster (pro hac vice)                    Mario A. Apreotesi (pro hac vice)
One International Place, Suite 3700               2801 Via Fortuna, Suite 100
Boston, MA 02110                                  Austin, TX 78746-7568
Telephone: (617) 456-8000                         Telephone: (512) 542-8400
Ajacobs@princelobel.com                           Fax: (512) 542-8612
Jfoster@princelobel.com                           fwilliams@velaw.com
                                                  mapreotesi@velaw.com

*Attorneys for Plaintiffs*

Todd Landis *(pro hac vice)*
Eric Klein *(pro hac vice)*
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 220-7700
Fax: (214) 220-7716
tlandis@velaw.com
eklein@velaw.com

*Attorneys for Defendant HTC America, Inc.*

## [PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED this 14th of June, 2019

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on this day, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rules W.D. Wash. LCR-5.

/s/ Al Van Kampen
Al Van Kampen